UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18 CR 241 MTS |
| | ) | |
| PHILLIP CRAYTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the Consolidated Plea and Sentencing Hearing, currently scheduled for Friday, March 19, 2021 at 10:00 a.m. is reset**. The Consolidated Plea and Sentencing hearing is reset for Friday, March 26, 2021 at 10:00 a.m.** and will take place by video via Zoom.  Hearing participants and members of the general public who wish to view the hearing are directed to use the following login information to participate by Zoom: Meeting ID: 160 969 4455, Passcode: 355339. *All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing.* Or, members of the general public may call: 1-669-254- 5252, Meeting ID: 160 969 4455. Non-case participants must remain muted throughout the entire proceeding. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare and disclose a presentence report pursuant to Fed. R. Crim. P. 32(d) no later than 35 days prior to sentencing, as Defendant has consented in writing to early disclosure to the Court

and the parties. Following disclosure of the presentence investigation report, the parties will submit objections within 14 days. The final presentence investigation report will be filed at least 7 days prior to sentencing. The confidential sentencing recommendation from United States Probation Office will be submitted at least 7 days prior to the consolidated plea and sentencing hearing.

**IT IS FURTHER ORDERED** that the Court finds the ends of justice served by the delay in setting the consolidated hearing outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. §. 3161(h)(7)(A), (h)(7)(B)(i) and (h)(l)(B)(iv); and that the Court may exclude the time between the filing of this motion and the date of the consolidated hearing from the Speedy Trial calculation.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than 10 days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

**IT IS FINALLY ORDERED** that the parties must file any memoranda no later than 7 days before the sentencing date, except that a response to a sentencing memorandum may be filed no later than 5 days before the sentencing date.

Dated this 2nd day of February, 2021

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE